IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMPIRIAN HEALTH, LLC,        )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          2:22cv639-MHT
                             )             (WO)
SPECIALTY RX, INC.,          )
                             )
    Defendant.               )
```

## ORDER

Upon consideration of the amended notice of removal (Doc. 17), and in light of the court's prior order that defendant name the members of the plaintiff limited liability company (LLC) and provide their citizenships in the amended notice of removal, see Order (Doc. 12), it is ORDERED that, by March 21, 2023, defendant shall file under seal a listing of each member of the plaintiff LLC and its/their citizenship.

DONE, this the 14th day of March, 2023.

                                                  /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**