IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMPIRIAN HEALTH, LLC,         )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:22cv639-MHT
                              )            (WO)
SPECIALTY RX, INC.,           )
                              )
     Defendant.               )
```

ORDER

Based on the representations made on the record during the status conference on June 4, 2025, including that both parties wish to resolve this case through mediation if possible but that an additional period of discovery is necessary to advance the mediation process, and based on the parties' agreement to the course of action set forth below, it is ORDERED that:

(1) The parties are authorized to engage in discovery, not including third-party discovery, for the next 90 days.

(2) The United States Magistrate Judge shall resolve any discovery disputes that arise.

    (3) Defendant shall file its amended counterclaim by June 19, 2025.

    (4) The deadline for plaintiff to file a responsive pleading or a motion to dismiss the amended counterclaim is suspended until further order of the court.

    (5) By September 4, 2025, the parties shall file a status report on the discovery process, whether additional discovery is necessary, and whether they wish to return to mediation or proceed otherwise. Of course, between now and then, the parties may resume mediation at any time without court approval.

    (6) A status conference is set for September 11, 2025, at 10:00 a.m., by videoconference to discuss next steps. The courtroom deputy shall arrange for the videoconference.

    This case remains administratively closed.

    DONE, this the 5th day of June, 2025.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE